**Dismiss and Opinion Filed November 1, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00497-CV

## GUS PARKER AND FORT PARKER ENTERPRISES, LLC BOTH D/B/A MASTER CLEANERS, Appellants
## V.
## STELLAR RESTORATION SERVICES, LLC, Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-05775-2018**

## MEMORANDUM OPINION

Before Justices Molberg, Partida-Kipness, and Carlyle
Opinion by Justice Molberg

Appellants' brief in this case is overdue. We extended the time to file appellants' brief until October 1, 2022. After appellants failed to timely file their brief, we directed appellants by postcard dated October 5, 2022 to file their brief within ten days and cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed their brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


220497f.p05                                    /Ken Molberg/
                                               KEN MOLBERG
                                               JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GUS PARKER AND FORT
PARKER ENTERPRISES, LLC
BOTH D/B/A MASTER
CLEANERS, Appellants

No. 05-22-00497-CV     V.

STELLAR RESTORATION
SERVICES, LLC, Appellees

On Appeal from the 417th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 417-05775-
2018.
Opinion delivered by Justice
Molberg. Justices Partida-Kipness
and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 1st day of November, 2022.